| AO 10 Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2012 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Hagel, Lawrence B. | 2. Court or Organization U.S. Ct. of App for Vet Claims | 3. Date of Report 01/06/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Judge, Active | 5a. Report Type (check appropriate type) ☐ Nomination ☐ Initial ☑ Annual ☐ Final Date 5b. ☑ Amended Report | 6. Reporting Period 01/01/2012 to 12/31/2012 |

**7. Chambers or Office Address**

625 Indiana Avenue, NW
Suite 900
Washington, DC 20004

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hagel, Lawrence B. | 01/06/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Salary INOVA Health Systems |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Circuit Bar Association | 6/20/12 - 6/23/12 | San Diego, CA | Presentation | Lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Master Card (USAA) | Credit Card | K |
| 2. | Master Card (NFCU) | Credit Card | K |
| 3. | Navy Federal Credit Union | Loan (LOC) | J |
| 4. | Northwestern Mutual Insurance Company | Loan | K |
| 5. | Visa (Bank of America (67) | Credit Card | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Hagel, Lawrence B. | 01/06/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. FIDELITY TRADITIONAL IRA ACCOUNT | A | Interest | J | T | Buy | 12/14/12 | J | | |
| 2. | | | | | | | | | |
| 3. | | | | | | | | | |
| 4. LBH IRA (FIDELITY PORTFOLIO ADVISORY ACCOUNT (PAS) | | | | | | | | | Header Only |
| 5. | | | | | | | | | |
| 6. Strategic Advisors Core Fund (FCSAX) | A | Dividend | | | Sold | 12/14/12 | J | A | |
| 7. | | | | | | | | | |
| 8. Strategic Advisors Growth Fund (FSGFX) | A | Dividend | | | Sold | 12/14/12 | J | A | |
| 9. | | | | | | | | | |
| 10. Strategic Advisors Value Fund (FVSAX) | A | Dividend | | | Sold | 12/14/12 | J | A | |
| 11. | | | | | | | | | |
| 12. Strategic Advisors US Opportunity Fund (FUSOX) | A | Dividend | | | Sold | 12/14/12 | J | A | |
| 13. | | | | | | | | | |
| 14. Strategic Advisors Small-Mid Cap Fund (FSCFX) | A | Dividend | | | Sold | 12/14/12 | J | A | |
| 15. | | | | | | | | | |
| 16. Strategic Advisors International Fund (FILFX) | A | Dividend | | | Sold | 12/14/12 | J | A | |
| 17. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hagel, Lawrence B. | 01/06/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Fidelity Real Estate Income (FRIFX) | A | Dividend | | | Sold | 12/14/12 | J | A | |
| 19. | | | | | | | | | |
| 20. Fidelity Select Gold (FXAGX) | A | Dividend | | | Sold | 12/14/12 | J | A | |
| 21. | | | | | | | | | |
| 22. AQR Diversified Arbitrage Class I (ADAIX) | A | Dividend | | | Sold | 12/14/12 | J | A | |
| 23. | | | | | | | | | |
| 24. Credit Suisse Commd Rtrn Stragy Inst SH (CRSOX) | A | Dividend | | | Sold | 12/14/12 | J | A | |
| 25. | | | | | | | | | |
| 26. Fidelity Total Bond (FTBFX) | A | Dividend | | | Sold | 12/14/12 | J | A | |
| 27. | | | | | | | | | |
| 28. Strategic Advisors Income Opportunities (FPIOX) | A | Dividend | | | Sold | 12/14/12 | J | A | |
| 29. | | | | | | | | | |
| 30. Strategic Advisors Core Income Fund (FPCIX) | A | Dividend | | | Sold | 12/14/12 | J | A | |
| 31. | | | | | | | | | |
| 32. Metropolitan West Low Duration M (MWLDX) ** | A | Dividend | | | Sold | 12/14/12 | J | A | |
| 33. | | | | | | | | | |
| 34. PIMCO Total Return Administrative SHS (PTRAX) | A | Dividend | | | Sold | 12/14/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hagel, Lawrence B. | 01/06/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | | | | | |
| 36. PIMCO Short Term Admiistrative SHS (PSFAX) | A | Dividend | | | Sold | 12/14/12 | J | A | |
| 37. | | | | | | | | | |
| 38. Templeton Global Bond Class A (TPINX) | A | Dividend | | | Sold | 12/14/12 | J | A | |
| 39. | | | | | | | | | |
| 40. Fidelity Cash Reserves (FDRXX) | A | Dividend | | | Merged (with line 1) | 12/14/12 | J | A | |
| 41. | | | | | | | | | |
| 42. FIMM MMKT Port Inst CL (FNSXX) | A | Dividend | | | Sold | 12/14/12 | J | A | |
| 43. | | | | | | | | | |
| 44. Fidelity PAS Small Midcap fund of funds | A | Dividend | | | Sold | 12/14/12 | J | A | |
| 45. | | | | | | | | | |
| 46. Fidelity Ind Fund of Funds | A | Dividend | | | Sold | 12/14/12 | J | A | |
| 47. | | | | | | | | | |
| 48. PAS US Opp fund of funds | A | Dividend | | | Sold | 12/14/12 | J | A | |
| 49. | | | | | | | | | |
| 50. Fidelity Traditional IRA | A | Interest | J | T | | | | | |
| 51. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hagel, Lawrence B. | 01/06/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Edleman Finacial EMAP (T.D. AMERITRADE) IRA (LBH) | | | | | | | | | Header Only |
| 53. | | | | | | | | | |
| 54. iShares IBOXX $ InvesTop Corporate Bond (LQD) | A | Dividend | J | T | Sold (part) | 04/11/12 | J | A | |
| 55. | | | | | | | | | |
| 56. DFA 5-Year Global Fixed Income (DFGBX) | A | Dividend | K | T | Sold (part) | 04/11/12 | J | A | |
| 57. | | | | | | | | | |
| 58. DFA Interm Govt Fixed Income (DFIGX) | A | Dividend | J | T | Sold (part) | 04/11/12 | J | A | |
| 59. | | | | | | | | | |
| 60. DFA Emerging Markets.(DFEMX) | A | Dividend | J | T | Sold (part) | 04/11/12 | J | A | |
| 61. | | | | | | | | | |
| 62. DFA Large Cap International (DFALX) | A | Dividend | J | T | Sold (part) | 04/11/12 | J | A | |
| 63. | | | | | | | | | |
| 64. DFA International Value I (DFIVX) | A | Dividend | J | T | Sold (part) | 04/11/12 | J | A | |
| 65. | | | | | | | | | |
| 66. TDAM U.S. Government Port (CMFUZ) | A | Dividend | J | T | | | | | See Part VIII |
| 67. | | | | | | | | | |
| 68. TDAM Cash Fund | A | Dividend | J | T | | | | | See Part VIII |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hagel, Lawrence B. | 01/06/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | | | | | |
| 70. iShares S&P North American Natural Resources (IGE) | A | Dividend | J | T | | | | | |
| 71. | | | | | | | | | |
| 72. Vanguard REIT Index ETF (VNQ) | A | Dividend | J | T | Sold (part) | 04/11/12 | J | A | |
| 73. | | | | | | | | | |
| 74. DFA US LrgCap Value (DFLVX) | A | Dividend | K | T | Sold (part) | 04/11/12 | J | A | |
| 75. | | | | | | | | | |
| 76. Vanguard Growth (VUG) | A | Dividend | K | T | Sold (part) | 04/11/12 | J | A | |
| 77. | | | | | | | | | |
| 78. iShares Russell 1000 Value Index(IWD) | A | Dividend | K | T | Buy (add'l) | 02/14/12 | J | | |
| 79. | | | | | | Sold (part) | 04/11/12 | J | A | |
| 80. | | | | | | | | | |
| 81. iShares S&P MidCap 400 Index (IJH) | A | Dividend | K | T | Sold (part) | 04/11/12 | J | A | |
| 82. | | | | | | | | | |
| 83. DFA US Small Cap (DFSTX) | A | Dividend | K | T | Sold (part) | 04/11/12 | J | A | |
| 84. | | | | | | | | | |
| 85. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hagel, Lawrence B. | 01/06/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Cash Benefit/Transition Annuity Retirement Plan (INOVA) | A | Interest | K | T | | | | | |
| 87. | | | | | | | | | |
| 88. 401(k)(INOVA) | | | | | | | | | Header Only |
| 89. | | | | | | | | | |
| 90. --American Funds EuroPacific Growth Fund Class R4 | B | Dividend | | | Sold | 08/31/12 | J | A | See Part VIII |
| 91. | | | | | | | | | |
| 92. --American Funds EuroPacific Growth Class R5 | A | Dividend | J | T | Buy | 08/31/12 | J | | See Part VIII |
| 93. | | | | | | | | | |
| 94. --Fidelitgy Low Pr. Stk. Fund (FDGRX) | B | Dividend | J | T | | | | | |
| 95. | | | | | | | | | |
| 96. --Fidelity Growth Company (FDGRX) | C | Dividend | | | Sold | 04/04/12 | K | C | |
| 97. | | | | | | | | | |
| 98. --Fidelity Growth Company-Class K (FGCKX) | A | Dividend | J | T | Buy | 04/04/12 | K | | |
| 99. | | | | | | | | | |
| 100. JP Morgan U.S. Equity Fund Institute - Class (JMUEX) | C | Dividend | K | T | | | | | See Note No. 4 Sect VIII |
| 101. | | | | | | | | | |
| 102. OTHER ACCOUNTS/ASSETS | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hagel, Lawrence B. | 01/06/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | | | | | |
| 104. --Navy Federal Credit Union Cash Accounts | A | Interest | J | T | | | | | |
| 105. | | | | | | | | | |
| 106. --First National Bank of Odon | | | J | T | | | | | |
| 107. | | | | | | | | | |
| 108. Capital One Bank Cash Account | A | Interest | J | T | | | | | |
| 109. | | | | | | | | | |
| 110. Northwestern Mutual Life Insurance Company | B | Int./Div. | J | T | | | | | |
| 111. | | | | | | | | | |
| 112. Navy Mutual Life Insurance Company | B | Interest | K | T | | | | | |
| 113. | | | | | | | | | |
| 114. Dept. of Veterans Affairs Life Insurance (see sec. VIII nt.) | A | Interest | J | T | | | | | |
| 115. | | | | | | | | | |
| 116. Nobel Energy Inc.Oil Lease | A | Royalty | J | W | | | | | |
| 117. | | | | | | | | | |
| 118. U.S. Savings Bond | | | J | T | | | | | |
| 119. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hagel, Lawrence B. | 01/06/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Lines: 66 and 68: Money Market; Cash and TDAM Government Portfolio were reported together on same line (line 71 ) of 2011 report. Those assests are now reported on separate lines. (66 and 68)Mo. ney Market Cash is now recorded as TDAM Cash Fund.

2. Line 68: TDAM Cash Fund is a pass through assest into which the proceeds of sales are placed and from which purchases are made. There were 34 such trnasactions during the reporting period. All purchaes and sales were from the other investmments listed, thus reflected in Part VII for each individual investment.

3. Lines 90 and 92: Dates of sale and purchase approximate. Occurred between 7/1/12 and 9/30/2013.

4. (a) Davis NY Venture, a stock reported on Page 10, Line 108 of the 2011 Report was included in a 401(K) portfolio. On June 8, 2011, the managers of the portfolio transferred the assets of Davis NY Venture A to JP Morgan U.S. Equity Institutional Class (JMEUX). That transaction was not initiated by the 401(K) holder and was erroneously ommitted from the 2011 Report. The 2011 report corrected:

Column A: Davis NY Venture A. Column B(1): A. Column B(2): Dividend. Column D(1): Sold. Column D(2): 06/08/2011 Column D(3): K. Column D(4): A

(b) 2011 report corrected Section VII, Page 10, Line 109:

Column A: JP Morgan U.S. Equity Institutional Class (JMUEX). Column B(1): A. Column B(2): Dividend. Column C(1): J. Column C(2): T. Column D(1): Buy. Column D(2): 06/08/2011 Column D(3): K.

(c) 2012 amended report, section VII Line 100 reports current status of JP Morgan U.S. Equity Institutional Class JMUEX

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Lawrence B. Hagel**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544